COPY

1  Aidan W. Butler (SBN 208399)
   Attorney at Law
2  3550 Wilshire Boulevard, Suite 1924
   Los Angeles, California 90010
3  Telephone: (213) 388-5168
   Telecopier: (213) 388-5178
4  tocontactaidan@gmail.com

5  Attorneys for Plaintiff BERTHA J. TAYLOR

           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA

BERTHA J. TAYLOR, an individual,

        Plaintiff,

    vs.

SCHOOLS FEDERAL CREDIT UNION, a federal credit union; and DOES 1 through 10, inclusive,

        Defendants.

CASE NO. CV12-05529 PA(VBKx)

COMPLAINT FOR:

1) VIOLATIONS OF THE TRUTH IN LENDING ACT;

2) VIOLATIONS OF CALIFORNIA FINANCIAL CODE SECTION 1411;

3) UNFAIR BUSINESS PRACTICES;

4) VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT; AND

5) CONVERSION.

REQUEST FOR JURY TRIAL.

Plaintiff BERTHA J. TAYLOR (hereinafter "Plaintiff") alleges as follows:

///
///
///

## I. JURISDICTION AND VENUE.

1. Jurisdiction of this Court arises under 15 U.S.C. §1640(e) and 28 U.S.C. §§1331, 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367. Declaratory relief is available pursuant to 28 U.S.C. §2201 and 2202. Venue in this District is proper in that Plaintiff's claim arose in this District.

## II. THE PARTIES.

2. Plaintiff is an individual, residing in the County of Los Angeles, State of California.

3. Defendant SCHOOLS FEDERAL CREDIT UNION ("SFCU"), is and at all times relevant herein was a federal credit union, and the issuer of the credit card described below. At all times relevant herein, SFCU maintained branches within this district, including in Carson, Rancho Dominguez, and Los Angeles, California.

4. Plaintiff does not know the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, and will amend this Complaint to state their true names and capacities when they have been ascertained.

5. Upon information and belief, Plaintiff alleges that each Defendant, both named and designated as a DOE, was an agent, partner, or successor of each other Defendant, and, in doing the things hereinafter alleged, was acting within the scope and purpose of such agency or partnership with full knowledge of the facts and with the ratification and approval of each other Defendant.

## III. FACTUAL ALLEGATIONS.

6. Plaintiff, an employee of the Los Angeles Unified School System, became a member of SFCU approximately ten years ago.

7. About nine years ago, Plaintiff obtained a credit card issued by SFCU primarily for personal, family, household use.

8. After Plaintiff's husband died, dramatically reducing Plaintiff's family

income, Plaintiff struggled to remain afloat financially, but within the past year became delinquent on the SFCU-issued personal credit card.

9. Over Plaintiff's express objections, and without her consent or authorization, beginning in around March, 2012, and several times thereafter, SFCU withdrew money from Plaintiff's personal deposit accounts and applied that money to the balance of Plaintiff's credit card.

10. SFCU's withdrawals from Plaintiff's personal checking and savings accounts caused the aggregate balance of Plaintiff's deposit accounts at SFCU to drop below $1,000.00, in violation of California Financial Code section 1411(b), or occurred when the aggregate balance was already below $1,000.00.

11. SFCU did not provide Plaintiff with any notice or response form, despite the requirements of California Financial Code section 1411( c).

## FIRST CLAIM FOR RELIEF

(For Violations of the Truth in Lending Act Against SFCU, and DOES 1 through 5, inclusive)

12. Plaintiff repeats and reincorporates by reference the paragraphs 1 through 11 above.

13. The actions of the defendants, and each of them, violated the Truth in Lending Act – specifically, 15 U.S.C. §1666h(a)(1).

14. As a direct and proximate result of the above-described violations of the law, Plaintiff has suffered economic as well as other actual damages, including but not limited to feelings of anguish, frustration, humiliation, anxiety, and stress, among other things.  For that reason, Defendants, and each of them, are liable to Plaintiff for declaratory judgment that defendants' conduct violated the Act, and all of Plaintiff's actual damages, statutory damages, costs and attorney's fees.

**SECOND CLAIM FOR RELIEF**

(For Violations of the California Financial Code section 1411 Against SFCU, and DOES 1 through 5, inclusive)

15. Plaintiff repeats and reincorporates by reference the paragraphs 1 through 14 above.

16. SFCU's withdrawals from Plaintiff's deposit accounts caused the aggregate balance of Plaintiff's deposit accounts at SFCU to drop below $1,000.00, in violation of California Financial Code section 1411(b), or occurred when the aggregate balance was already below $1,000.00.

17. SFCU did not provide Plaintiff with any notice or response form, despite the requirements of California Financial Code section 1411( c).

**THIRD CLAIM FOR RELIEF**

(For State, Federal and Common Law Unfair Business Practices Against SFCU, and DOES 1 through 5, inclusive)

18. Plaintiff repeats and reincorporates by reference the paragraphs 1 through 17 above.

19. SFCU and DOES 1 through 5, inclusive, engaged in unfair and deceptive acts in the conduct of their business by refusing to comply with federal and state laws governing their business, and by seeking to collect money from Plaintiff in a manner which contravened applicable law.

20. Plaintiff has suffered actual damages as a direct and proximate result of the unfair and deceptive business practices of the defendants, and each of them.

21. Plaintiff is entitled to legal and equitable relief against the defendants, and each of them, as permitted under California state unfair business law (including Business and Professions Code §§17200 *et. seq.*), federal, and common law unfair business law.

///

## FOURTH CLAIM FOR RELIEF

(For Violations of the Rosenthal Fair Debt Collection Practices Act Against SFCU, and DOES 1 through 5, inclusive)

22. Plaintiff repeats and reincorporates by reference the paragraphs 1 through 21 above.

23. Defendants SFCU and DOES 1 through 5, inclusive, are debt collectors as defined by California Civil Code section 1788.2( c).

24. Defendants, and each of them, knowingly and wilfully violated California's Rosenthal Fair Debt Collection Practices Act (hereinafter the "Rosenthal Act"). Defendants' violations include, but are not limited to, the following acts performed in attempting to collect a consumer debt:

a) Using false representations and deceptive means to collect or attempt to collect a debt, in violation of 15 U.S.C. §1692e(10) and California Civil Code section 1788.17;

b) Using unfair and/or unconscionable means to collect an alleged debt, in violation of 15 U.S.C. §1692f and California Civil Code section 1788.17;

c) Attempting to collect an amount (including any interest, fee, charge, or expense incidental to the principal obligation) not expressly authorized by the agreement creating the purported debt or permitted by law, in violation of 15 U.S.C. §1992f(1) and California Civil Code section 1788.17; and

d) Failing to provide the notice required under Civil Code section 1812.700.

25. As a result of defendants' violations of the Rosenthal Act, pursuant to Civil Code section 1788.30, Plaintiff is entitled to actual damages, statutory damages, attorney's fees and costs.

## FIFTH CLAIM FOR RELIEF

(For Conversion Against SFCU, and DOES 1 through 5, inclusive)

26. Plaintiff repeats and reincorporates by reference the paragraphs 1 through

1  25 above.

2     27. SFCU misappropriated money owned solely by Plaintiff with a series of
3  unauthorized withdrawals from Plaintiff's deposit accounts totaling approximately
4  $810.04.  SFCU's taking of the money was wrongful.

5     28. SFCU has converted that entire sum to its own use and, despite repeated
6  demands by Plaintiff, has refused to return any fraction of the amount wrongfully
7  taken.

8     29. As a direct and proximate result, Plaintiff has suffered economic harm
9  including general damages and damages from loss of use of the money, in that
10 Plaintiff has now lost the profits it would have received from the purchase and sale of
11 the scrap metal.

12    30. Defendants' conduct was wanton, willful and oppressive, thus entitling
13 Plaintiff to punitive and/or exemplary damages under California Civil Code section
14 3294.

15

16    WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:
17    1. Statutory damages, pursuant to 15 U.S.C. section 1692k(a)(2) and/or Civil
18 Code section 1788.30(b);
19    2. Actual damages, pursuant to 15 U.S.C. section 1692k(a)(1) and/or Civil
20 Code section 1788.30(a);
21    3. Costs and reasonable attorney's fees, pursuant to 15 U.S.C. section
22 1692k(a)(3), and/or Civil Code section 1788.30(c) and/or Code of Civil Procedure
23 section 490.020.
24    4. Actual damages and statutory penalties, under 15 U.S.C. §1640(a);
25    5. Costs and attorney's fees, pursuant to 15 U.S.C. §1640(a);
26    6. Punitive and exemplary damages; and
27 ///
28 ///

1 | 7. For such other and further relief as the Court may deem proper.
2 |
3 | PLEASE TAKE NOTICE that plaintiff BERTHA J. TAYLOR demands a trial
4 | by jury.
5 |
6 | DATED: June 22, 2012                    Respectfully submitted,
7 |
8 |                                         By: _____
9 |                                             Aidan W. Butler
                                                Attorneys for Plaintiff
10|                                             BERTHA J. TAYLOR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

**CV12- 5529 PA (VBKx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Blvd., Suite 1924
Los Angeles, CA 90010
Tel. (213) 388-5168; fax (213) 388-5178
tocontactaidan@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BERTHA J. TAYLOR, an individual,<br><br>PLAINTIFF(S)<br>v.<br>SCHOOLS FEDERAL CREDIT UNION, a federal credit union; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-05529 PA(VBKx)<br><br>SUMMONS |
|---|---|

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Aidan W. Butler (SBN 208399)_, whose address is _3550 Wilshire Blvd., Suite 1924, Los Angeles, CA 90010_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 25 2012

Dated: _____

Clerk, U.S. District Court

By: __JULIE PRADO__
Deputy Clerk

(Seal of the Court)          1154

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
BERTHA J. TAYLOR, an individual,

**DEFENDANTS**
SCHOOLS FEDERAL CREDIT UNION, a federal credit union; and DOES 1 through 10, inclusive,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Aidan W. Butler (SBN 208399)
3550 Wilshire Blvd., Suite 1924, Los Angeles, CA 90010
Tel. (213) 388-5168; fax (213) 388-5178 tocontactaidan@gmail.com

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ No amount specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of the Truth in Lending Act - 15 U.S.C. section 1666h(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12-05529

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date June 22, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |