Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff BERTHA J. TAYLOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA J. TAYLOR, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>SCHOOLS FEDERAL CREDIT UNION, etc.,<br><br>            Defendants. | CASE NO. CV12-5529 PA (VBKx)<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE HONORABLE COURT HEREIN:**

**PLEASE TAKE NOTICE** that the parties to the above-captioned matter have reached a settlement agreement resolving all of the issues in the above captioned matter.  The agreement has been reduced to a final writing, and performance under the agreement is due shortly.  It is anticipated that the parties will be able to file joint stipulation for dismissal with prejudice in no later than 30 days.

DATED: February 27, 2013                    Respectfully submitted,


                                            By:   */S/  Aidan W. Butler*
                                                  Aidan W. Butler
                                                  Attorneys for Plaintiff
                                                  BERTHA J. TAYLOR

---

CV12-5529 PA (VBKx)                    1                    NOTICE OF SETTLEMENT