1

2                                                              JS-6

3

4

5

6

7

8
                         **UNITED STATES DISTRICT COURT**
9
                         **CENTRAL DISTRICT OF CALIFORNIA**
10

11
BERTHA J. TAYLOR, an                )   **CASE NO. CV12-5529 PA (VBKx)**
12  individual,                      )
                                     )
13              Plaintiff,           )   **ORDER**
                                     )
14       vs.                         )
                                     )
15                                   )
SCHOOLS FEDERAL CREDIT               )
16  UNION, etc.,                     )
                                     )
17                                   )
             Defendants.             )
18  _____      )
         **TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**
19
         Based upon the stipulation of the parties, with good cause appearing, IT IS
20
NOW ORDERED that the above-captioned matter is hereby dismissed in its entirety
21
with prejudice.
22
         **IT IS SO ORDERED.**
23

24
DATED: March 8, 2013
25                                   _____
                                     JUDGE OF THE U.S. DISTRICT COURT
26

27

28

CV12-5529 PA (VBKx)                      1              [PROPOSED] ORDER